UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 10-01884-RLM-7 |
| ALAN P. ADAMS | ) |
| | ) |
| | ) |
| DEBTOR. | ) |

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS
AND NOTICE OF RESPONSE DEADLINE**

Randall L. Woodruff files this **FIRST** Omnibus Objection to Claims pursuant to Fed.R.Bankr.P. 3007(d). **Claimants receiving the objection should locate their names and claims on the attached chart.**

PLEASE TAKE NOTICE THAT any response must be filed with the Bankruptcy Clerk within 30 days of the date of this notice. Those note required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

116 U.S. Courthouse
46 E. Ohio St.
P.O. Box 44978
Indianapolis, IN 46244

The responding party must ensure delivery of the response to the party filing the objection. If a response is NOT timely filed, the requested relief may be granted. If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, the Randall L. Woodruff move(s) the Court for an order to disallow claim(s).

/s/ Randall L. Woodruff
Randall L. Woodruff, Trustee
115-a E. 9th Street
Anderson, IN 46016
(765) 644-6464
rlwtrustee@comcast.net

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS**

| Claimant | Claim No. | Grounds for Objection | Proposed Treatment |
|---|---|---|---|
| Highline Capital | 8a | Secured by property not being administered by the Trustee as property of the bankruptcy estate | disallow |
| Kenworth of Indianapolis d/b/a ITC Acceptance Co. | 1 | Secured by property not being administered as property of the bankruptcy estate | disallow |

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 10, 2013, a copy of the foregoing Omnibus Objection and Notice of Response Deadline was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

James D Gillespie
JAMGILCW@YAHOO.COM

     I further certify that on May 10, 2013, a copy of the foregoing Omnibus Objection and Notice of Response Deadline was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Alan P. Adams
3777 S. 300 E.
Anderson, IN 46017

Highline Capital
2930 Center Court South
Boulder, CO 80301

Kenworth of Indianapolis d/b/a ITC Acceptance Co.
2929 South Holt Road
Indianapolis, IN 46241

                                    /s/ Randall L. Woodruff
                                    Randall L. Woodruff, Trustee